MATTHEW SCHINDLER, OSB# 964190
501 Fourth Street #324
Lake Oswego, OR 97034
Phone: (503) 699-7333
FAX: (503) 345-9372
e-mail: mas@schindlerdefends.com

ATTORNEY FOR DEFENDANT MICHAEL BOWMAN

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff, | Case No. 3:17-CR-00068-MO |
| vs. | **NOTICE OF APPEAL** |
| MICHAEL BOWMAN,<br>               Defendant(s). | |

Defendant, Michael Bowman, through his attorney, Matthew Schindler, gives notice of his appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment in this case entered August 21, 2020, by the Honorable Michael Mosman in the District of Oregon. Mr. Bowman appeals the denial of pretrial motions, rulings during his trial, his conviction, and his sentence.

Respectfully submitted on August 21, 2020.

*s/Matthew Schindler*
Matthew A. Schindler, OSB#964190
Attorney for Michael Bowman